**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 16-cv-00454-GPG
(**The above civil action number must appear on all future papers
sent to the court in this action.   Failure to include this number
may result in a delay in the consideration of your claims.**)

THOMAS TOMMY VALDEZ,

    Plaintiff,

v.

JASON QUINLIN, SCF, Security Correctional Officer (C/O),
JOHN W. SUTHERS, Attorney General for the State of Colorado,
RICK RAEMISCH, Executive Director, Colorado Department of Corrections,
JOHN HICKENLOOPER, Governor, State of Colorado,
McLAUGHLIN, SCF, Security Correctional Officer (C/O),
JOHN DOE, SCF, Security Correctional Officer (C/O), First Responder #1 (22 Feb 14),
JOHN DOE, SCF, Security Correctional Officer (C/O), First Responder #2 (22 Feb 14),
JOHN DOE, SCF, Security Correctional Officer (C/O), First Responder #3 (22 Feb 14),
JOHN DOE, SCF, Security Correctional Officer (C/O), First Responder #4 (22 Feb 14),
JOHN DOE, SCF, Security Correctional Officer (C/O), First Responder #5 (22 Feb 14),
JOHN DOE, SCF, Security Correctional Officer (C/O), First Responder #6 (22 Feb 14),
JOHN DOE, SCF, Security Correctional Officer (C/O), First Responder #6 (22 Feb 14),
JOHN DOE, SCF, Security Correctional Officer (C/O), First Responder #8 (22 Feb 14),
JOHN DOE, SCF, Security Correctional Officer (C/O), First Responder #8 (22 Feb 14),
JOHN DOE, SCF, Security Correctional Officer (C/O), First Responder #10 (22 Feb 14),
JOHN DOE, SCF, Security Correctional Officer (C/O), First Responder #11 (22 Feb 14),
JANE DOE, SCF, Security Correctional Officer (C/O), First Responder #12 (22 Feb 14),
JANE DOE, SCF, Security Correctional Officer (C/O), First Responder #13 (22 Feb 14),
JANE DOE, SCF, Security Correctional Officer (C/O), First Responder #14 (22 Feb 14),
JANE DOE, SCF, Medical Nurse (22 Feb 14),
ANTHONY A. DeCESARO, Colorado Department of Corrections, Step III Grievance
    Officer,
ASTRIA LOMBARD, Colorado Department of Corrections, Step III Grievance Officer,
JOHN DOE, SCF, Shift Commander Correctional Officer (C/O) (22 Feb 14),
JOHN DOE, SCF, Segregation Correctional Officer (C/O), CH-5 strip Cell C/O #1 (22 Feb
    14),
JOHN DOE, SCF, Segregation Correctional Officer (C/O), CH-5 strip Cell C/O #2 (22 Feb
    14),
JOHN DOE, SCF, Segregation Correctional Officer (C/O), CH-5 strip Cell C/O #3 (22 Feb
    14),
JOHN DOE, SCF, Segregation Correctional Officer (C/O), CH-5 strip Cell C/O #4 (22 Feb

14),
JOHN DOE, SCF, Segregation Correctional Officer (C/O), CH-5 strip Cell C/O #5 (22 Feb
14), and
JOHN DOE, SCF, Segregation Correctional Officer (C/O), CH-5 strip Cell C/O #6 (22 Feb
14),

Defendants.

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

Plaintiff, a Colorado state prisoner, has submitted to the court a Prisoner's Complaint (ECF No. 1). As part of the court's review pursuant to D.C.COLO.LCivR 8.1(b), the court has determined the complaint is deficient as described in this order. Plaintiff will be directed to cure the following if he wishes to pursue any claims in this action. Any papers that Plaintiff files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)  xx   is not submitted
(2)  ___  is missing affidavit
(3)  xx   is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)  ___  is missing certificate showing current balance in prison account
(5)  ___  is missing required financial information
(6)  xx   is missing authorization to calculate and disburse filing fee payments
(7)  ___  is missing an original signature by the prisoner
(8)  ___  is not on proper form
(9)  ___  names in caption do not match names in caption of complaint, petition or habeas application
(10) xx   other: motion and supporting documents are necessary only if fees totaling $400.00 are not paid in advance.

**Complaint, Petition or Application**:
(11) ___  is not submitted
(12) ___  is not on proper form
(13) ___  is missing an original signature by the prisoner
(14) ___  is missing page nos. ___
(15) ___  uses et al. instead of listing all parties in caption
(16) ___  names in caption do not match names in text

(17) \_\_\_ addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application

(18) \_\_\_ other: _____.

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers that Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that Plaintiff shall obtain the court-approved Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 form (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov. It is

FURTHER ORDERED that, if Plaintiff fails to cure all of the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED February 25, 2016, at Denver, Colorado.

BY THE COURT:

s/ Gordon P. Gallagher
United States Magistrate Judge