IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-00454-GPG

THOMAS TOMMY VALDEZ,

    Plaintiff,

v.

JASON QUINLIN, SCF, Security Correctional Officer (C/O),
JOHN W. SUTHERS, Attorney General for the State of Colorado,
RICK RAEMISCH, Executive Director, Colorado Department of Corrections,
JOHN HICKENLOOPER, Governor, State of Colorado,
McLAUGHLIN, SCF, Security Correctional Officer (C/O),
JOHN DOE, SCF, Security Correctional Officer (C/O), First Responder #1 (22 Feb 14),
JOHN DOE, SCF, Security Correctional Officer (C/O), First Responder #2 (22 Feb 14),
JOHN DOE, SCF, Security Correctional Officer (C/O), First Responder #3 (22 Feb 14),
JOHN DOE, SCF, Security Correctional Officer (C/O), First Responder #4 (22 Feb 14),
JOHN DOE, SCF, Security Correctional Officer (C/O), First Responder #5 (22 Feb 14),
JOHN DOE, SCF, Security Correctional Officer (C/O), First Responder #6 (22 Feb 14),
JOHN DOE, SCF, Security Correctional Officer (C/O), First Responder #6 (22 Feb 14),
JOHN DOE, SCF, Security Correctional Officer (C/O), First Responder #8 (22 Feb 14),
JOHN DOE, SCF, Security Correctional Officer (C/O), First Responder #8 (22 Feb 14),
JOHN DOE, SCF, Security Correctional Officer (C/O), First Responder #10 (22 Feb 14),
JOHN DOE, SCF, Security Correctional Officer (C/O), First Responder #11 (22 Feb 14),
JANE DOE, SCF, Security Correctional Officer (C/O), First Responder #12 (22 Feb 14),
JANE DOE, SCF, Security Correctional Officer (C/O), First Responder #13 (22 Feb 14),
JANE DOE, SCF, Security Correctional Officer (C/O), First Responder #14 (22 Feb 14),
JANE DOE, SCF, Medical Nurse (22 Feb 14),
ANTHONY A. DeCESARO, Colorado Department of Corrections, Step III Grievance
    Officer,
ASTRIA LOMBARD, Colorado Department of Corrections, Step III Grievance Officer,
JOHN DOE, SCF, Shift Commander Correctional Officer (C/O) (22 Feb 14),
JOHN DOE, SCF, Segregation   Correctional Officer (C/O), CH-5 strip Cell C/O #1 (22
    Feb 14),
JOHN DOE, SCF, Segregation Correctional Officer (C/O), CH-5 strip Cell C/O #2 (22 Feb
    14),
JOHN DOE, SCF, Segregation Correctional Officer (C/O), CH-5 strip Cell C/O #3 (22 Feb
    14),
JOHN DOE, SCF, Segregation Correctional Officer (C/O), CH-5 strip Cell C/O #4 (22 Feb
    14),
JOHN DOE, SCF, Segregation Correctional Officer (C/O), CH-5 strip Cell C/O #5 (22 Feb
    14), and

JOHN DOE, SCF, Segregation Correctional Officer (C/O), CH-5 strip Cell C/O #6 (22 Feb 14),

    Defendants.

## ORDER OF DISMISSAL

    Plaintiff, Thomas Tommy Valdez, is a prisoner in the custody of the Colorado Department of Corrections. Mr. Valdez initiated this action by filing *pro se* a Prisoner's Complaint (ECF No. 1). On February 25, 2016, Magistrate Judge Gordon P. Gallagher entered an order directing Mr. Valdez to cure certain deficiencies if he wishes to pursue his claims. Specifically, Magistrate Judge Gallagher directed Mr. Valdez either to pay filing and administrative fees totaling $400.00 or to file on the proper form a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 along with a certified copy of his inmate trust fund account statement and a signed authorization to calculate and disburse filing fee payments. Mr. Valdez was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

    Mr. Valdez has failed to cure the deficiencies within the time allowed and he has failed to respond in any way to Magistrate Judge Gallagher's February 25 order. Therefore, the action will be dismissed without prejudice for failure to cure the deficiencies.

    Furthermore, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status will be denied for the purpose of appeal. *See Coppedge v. United States*, 369 U.S. 438 (1962). If Plaintiff files a notice of appeal he also must pay the full $505 appellate filing

fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.   Accordingly, it is

ORDERED that the Prisoner's Complaint (ECF No. 1) and the action are dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Mr. Valdez failed to cure the deficiencies as directed.   It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied without prejudice to the filing of a motion seeking leave to proceed *in forma pauperis* on appeal in the United States Court of Appeals for the Tenth Circuit.

DATED at Denver, Colorado, this   5th   day of    April         , 2016.

BY THE COURT:


    s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court