**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 16-cv-00454-LTB

THOMAS TOMMY VALDEZ,

Plaintiff,

v.

JASON QUINLIN, SCF, Security Correctional Officer (C/O),
JOHN W. SUTHERS, Attorney General for the State of Colorado,
RICK RAEMISCH, Executive Director, Colorado Department of Corrections,
JOHN HICKENLOOPER, Governor, State of Colorado,
McLAUGHLIN, SCF, Security Correctional Officer (C/O),
JOHN DOE, SCF, Security Correctional Officer (C/O), First Responder #1 (22 Feb 14),
JOHN DOE, SCF, Security Correctional Officer (C/O), First Responder #2 (22 Feb 14),
JOHN DOE, SCF, Security Correctional Officer (C/O), First Responder #3 (22 Feb 14),
JOHN DOE, SCF, Security Correctional Officer (C/O), First Responder #4 (22 Feb 14),
JOHN DOE, SCF, Security Correctional Officer (C/O), First Responder #5 (22 Feb 14),
JOHN DOE, SCF, Security Correctional Officer (C/O), First Responder #6 (22 Feb 14),
JOHN DOE, SCF, Security Correctional Officer (C/O), First Responder #6 (22 Feb 14),
JOHN DOE, SCF, Security Correctional Officer (C/O), First Responder #8 (22 Feb 14),
JOHN DOE, SCF, Security Correctional Officer (C/O), First Responder #8 (22 Feb 14),
JOHN DOE, SCF, Security Correctional Officer (C/O), First Responder #10 (22 Feb 14),
JOHN DOE, SCF, Security Correctional Officer (C/O), First Responder #11 (22 Feb 14),
JANE DOE, SCF, Security Correctional Officer (C/O), First Responder #12 (22 Feb 14),
JANE DOE, SCF, Security Correctional Officer (C/O), First Responder #13 (22 Feb 14),
JANE DOE, SCF, Security Correctional Officer (C/O), First Responder #14 (22 Feb 14),
JANE DOE, SCF, Medical Nurse (22 Feb 14),
ANTHONY A. DeCESARO, Colorado Department of Corrections, Step III Grievance
    Officer,
ASTRIA LOMBARD, Colorado Department of Corrections, Step III Grievance Officer,
JOHN DOE, SCF, Shift Commander Correctional Officer (C/O) (22 Feb 14),
JOHN DOE, SCF, Segregation   Correctional Officer (C/O), CH-5 strip Cell C/O #1 (22
    Feb 14),
JOHN DOE, SCF, Segregation Correctional Officer (C/O), CH-5 strip Cell C/O #2 (22 Feb
    14),
JOHN DOE, SCF, Segregation Correctional Officer (C/O), CH-5 strip Cell C/O #3 (22 Feb
    14),
JOHN DOE, SCF, Segregation Correctional Officer (C/O), CH-5 strip Cell C/O #4 (22 Feb
    14),
JOHN DOE, SCF, Segregation Correctional Officer (C/O), CH-5 strip Cell C/O #5 (22 Feb
    14), and
JOHN DOE, SCF, Segregation Correctional Officer (C/O), CH-5 strip Cell C/O #6 (22 Feb
    14),

Defendants.

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

The "Prisoner's Motion for Leave to File Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 'Out of Time'" (ECF No. 6) filed by Plaintiff on April 11, 2016, is DENIED as moot because the instant action was dismissed by order filed on April 5, 2016.

Dated:   April 12, 2016